## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,            Civil No. 06-373 (JRT/SRN)

       Plaintiff,

v.                                                         **ORDER**

AARON SOLZENUS KAHMANN,

       Defendant.

---

       Tracy T. Braun, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for plaintiff.

       Jeffrey C. DeGree, **DEGREE LAW OFFICE**, 212 Third Avenue North, Suite 545, Minneapolis, Minnesota 55401; Stephanie Ames, **CRIMINAL DEFENSE ASSOCIATES**, 20700 Ventura Boulevard Suite 301, Woodland Hills, California 91364, for defendant.

       The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated January 25, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

       Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

       **1.**     Defendant's motion to suppress evidence obtained pursuant to the search warrant [Docket No. 28] is **DENIED**.

DATED:  March 23, 2007                              s/John R. Tunheim
at Minneapolis, Minnesota.                             JOHN R. TUNHEIM
                                                    United States District Judge